■ The People of the State of New York, Respondent, v Victor Martorell, Appellant. [853 NYS2d 345]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the hearing court's credibility determinations, which are supported by the record (*People v Prochilo*, 41 NY2d 759, 761 [1977]). The police witness's account of the incident was plausible, and it does not cast doubt on his credibility. Concur—Tom, J.P., Friedman, Nardelli, Catterson and Moskowitz, JJ.